FILED 

FEB - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## For the District of Columbia

SCOTT W. DiBIASIO                )
                                 )
                                 )
                                 )
                Plaintiff        )       Civi.
           vs                    )
                                 )
PLASMA PROTEIN                   )
THERAPEUTICS ASS.C.              )
                                 )
                Defendant        )

CASE NUMBER  1:07CV00300

JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 02/09/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plasma Protein Therapeutics Ass'n__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____N/A_____ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

David J. Ervin
_____
Print Name

445013
_____
BAR IDENTIFICATION NO.

3050 K Street, NW, Suite 400
_____
Address

Washington, D.C.        20007
_____
City          State        Zip Code

202-342-8436
_____
Phone Number