IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO<br>2710 Mapleview Ct.<br>Odenton, MD  21113,<br><br>    Plaintiff,<br><br>v.<br><br>PLASMA PROTEIN THERAPEUTICS<br>ASSOCIATION<br>3050 K Street, NW<br>Washington, DC  20007<br><br>    Defendant. | No:  1:07-cv-00300 (PLF) |

## ANSWER OF DEFENDANT
## PLASMA PROTEIN THERAPEUTICS ASSOCIATION

Defendant Plasma Protein Therapeutics Association ("Defendant"), through undersigned counsel, hereby answers the Complaint filed by plaintiff Scott W. DiBiasio ("Plaintiff") as follows:

### JURISDICTION AND VENUE

1. The allegations set forth in Paragraph 1 of the Complaint contain legal conclusions to which no response is required.

### THE PARTIES

2. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint, and therefore it denies them.

3. Defendant admits the allegations in paragraph 3 of the Complaint.

## FACTS

4. Defendant denies each and every allegation contained in Paragraph 4 of the Complaint, except admits that Plaintiff was employed by PPTA from November of 2003 to October of 2005, when he was terminated.

5. Defendant denies each and every allegation contained in paragraph 5 of the Complaint, except denies knowledge or information sufficient to form a belief as to what Plaintiff "believed to be unlawful discrimination."

6. Defendant denies each and every allegation contained in paragraph 6 of the Complaint, except admits that it terminated Plaintiff's employment in our about October of 2005.

7. Defendant denies each and every allegation contained in paragraph 7 of the Complaint.

8. Defendant denies each and every allegation contained in paragraph 8 of the Complaint.

9. Defendant denies each and every allegation contained in paragraph 9 of the Complaint.

10. Defendant admits the allegations in paragraph 10 of the Complaint.

## COUNT I

11. Defendant reasserts and incorporates herein by reference its answers to the allegations set forth in paragraphs 1 through 10 of the Complaint, as is fully set forth herein.

12. Defendant denies each and every allegation contained in paragraph 12 of the Complaint; to the extent the allegations set forth conclusions of law, no response is required.

13. Upon information and belief, paragraph 13 requires no response.

14. Defendant denies that Plaintiff is entitled to the relief demanded in the WHEREFORE clause of the Complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

15. Plaintiff fails to state a claim upon which relief may be granted or upon which the damages sought can be awarded.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

16. Plaintiff has no damages or, alternatively, has failed to mitigate his damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

17. All or parts of the damages and/or relief sought are not available to Plaintiff under the laws upon which the Complaint is based.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

18. Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

19. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

20. Plaintiff's claims for punitive damages are barred in that Defendants did not act maliciously or with reckless indifference toward Plaintiff.

### **AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

21.   Plaintiff's claims are barred by reason of his at-will employment status.

### **AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE**

22.   At all times relevant hereto, Defendant acted in good faith and has not violated any rights that may be secured to Plaintiff under any applicable law, rule, regulation or guideline.

### **AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

23.   Plaintiff's claims are barred, in whole or in part, by the District of Columbia Workers' Compensation Law, DC Code § 32-1501, et seq.

### **AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

24.   Any allegations in the Complaint not otherwise responded to are herein denied.

WHEREFORE, Defendant Plasma Protein Therapeutics Association denies that Plaintiff is entitled to any of the damages, interest, awards, attorney's fees or other relief requested in Plaintiff's Complaint, and respectfully requests that the Court enter judgment in Defendant's favor, together with costs and such other relief as the Court may deem just and appropriate.

Dated: February 15, 2007

        /s/
David J. Ervin, D.C. Bar No. 445013
Thomas E. Gilbertsen, D.C.Bar No. 432290
Joanna E. Baden-Mayer
KELLEY DRYE & WARREN LLP
3050 K Street NW Ste. 400
Washington, D.C. 20007
Telephone: 202-342-8400
Facsimile: 202-342-8451

Attorneys for Defendant
Plasma Protein Therapeutics Association