IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PLASMA PROTEIN THERAPEUTICS,<br><br>　　　　Defendant. | Civ. Action No. 1:07-cv-00300 (PLF) |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff, Scott W. DiBiasio, by counsel and with the consent of counsel for the defendant, hereby moves this Court to continue the status conference in this matter which is presently set for February 27, 2007. Plaintiff's counsel is not available on February 27, 2007. In addition, due to scheduling conflicts, Plaintiff's counsel and Defendant's counsel have not yet had an opportunity to meet and confer to prepare the joint report as required by Local Rule 16.3.

Plaintiff's counsel and Defendant's counsel are available for a status conference in this matter on the following dates and times:

　　March 13, 2007

　　March 14, 2007 (morning only)

　　March 16, 2007

Respectfully submitted,

_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC 20036
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLASMA PROTEIN THERAPEUTICS, )<br>)<br>)<br>Defendant. )<br>)<br>_____ ) | Civ. Action No. 1:07-cv-00300 (PLF) |

## **O R D E R**

Upon consideration of Plaintiff's Consent Motion to Continue the Status Conference, it is hereby

ORDERED that Plaintiff's Motion to Continue the Status Conference is HEREBY GRANTED; and it is

FURTHER ORDERED that the Status Conference shall be continued until _____.

So ORDERED this _____ day of _____, 2007.

_____
Judge Paul L. Friedman,
United States District Court