IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 1:07-cv-00300 (PLF) |
| v. | ) |
| | ) |
| PLASMA PROTEIN THERAPEUTICS, | ) |
| | ) |
| Defendant. | ) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. Statement of the Case:

    The Complaint alleges that Plaintiff, who was employed by Defendant, was subjected to unlawful discrimination because he complained to Defendant about what he in reasonable good faith believed to be unlawful discrimination at work. Defendant denies the allegations.

2. Dispositive Motions

    Plaintiff does not intend to file a dispositive motion. Defendant expects to file a Motion for Summary Judgment

1

3.  Joinder and Amendment

    The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4.  Magistrate Judge

    The plaintiff consents to assignment of this case to a Magistrate Judge for all purposes. The defendant does not consent to a Magistrate Judge.

5.  Settlement

    The parties consent to early mediation before a Magistrate Judge.

6.  ADR

    The parties consent to early mediation before a Magistrate Judge.

7.  Dispositive Motions Schedule

    The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

8.  Initial Disclosures

    The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

9.  Extent of Discovery

    The parties propose that fact discovery close five months after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

10. Expert Witnesses

The parties recommend that the expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

11. Class Action

This is not a class action lawsuit.

12. Bifurcation

The parties do not seek bifurcation.

13. Pre-trial Conference

The Pre-trial Conference should be scheduled by the Court following completion of discovery.

14. Trial Date

The parties agree that the date of trial (2 to 3 days) should be scheduled by the Court at the pre-trial conference.

15. Proposed Order

A proposed Scheduling Order is submitted herewith.

Date: _____

Respectfully submitted,

_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 220

Washington, DC 20036
202-463-6036
202-463-6067 (fax)

_____

David J. Ervin
Thomas E. Gilbertsen
Joanna E. Baden-Mayer
Kelley Drye & Warren LLP
3050 K Street, N.W., Ste. 400
Washington, DC 20007
202-342-8400
202-342-8451 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCOTT W. DIBIASIO** | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 1:07-cv-00300 (PLF) |
| v. | ) |
| | ) |
| **PLASMA PROTEIN THERAPEUTICS,** | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 150 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

6. The pre-trial conference shall be set upon completion of discovery.

7. The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2007.

_____
Hon. Paul L. Friedman
United States District Judge