IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No. 1:07-cv-00300 (PLF) |
| v. ) | |
| ) | |
| PLASMA PROTEIN THERAPEUTICS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff, Scott W. DiBiasio, by counsel and with the consent of counsel for the defendant, hereby moves this Court to continue the status conference in this matter which is presently set for March 13, 2007.  Plaintiff's counsel, Susan Kruger, just learned that she will not be available because she has to represent a client at an administrative hearing on that date.  Alan Lescht will be out of town on business.  Plaintiff's counsel and Defendant's counsel are available for a status conference in this matter on March 19, 2007 at 9:15 a.m.

Respectfully submitted,

_/s/ Alan Lescht_
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No. 1:07-cv-00300 (PLF) |
| v. ) | |
| PLASMA PROTEIN THERAPEUTICS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of Plaintiff's Consent Motion to Continue the Status Conference, it is hereby

ORDERED that Plaintiff's Motion to Continue the Status Conference is HEREBY GRANTED; and it is

FURTHER ORDERED that the Status Conference shall be continued until March 19, 2007, at 9:15 a.m.

So ORDERED this _____ day of _____, 2007.

_____
Judge Paul L. Friedman,
United States District Court