IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT DIBIASIO,<br><br>             Plaintiff,<br><br>             v.<br><br>PLASMA PROTEIN THERAPEUTICS ASSOCIATION,<br><br>             Defendant. | Civil Action No. 1:07-cv-00300 (PLF) |

**MOTION FOR ADMISSION OF BARBARA E. HOEY *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, David J. Ervin, a member of the bar of this Court, moves for the admission *pro hac vice* of the following counsel for the purpose of representing Defendant Plasma Protein Therapeutics Association in the above-captioned matter:

>Barbara E. Hoey
>KELLEY DRYE & WARREN LLP
>101 Park Avenue
>New York, NY 10178
>Telephone: (212) 808-7800
>Facsimile: (212) 808-7897
>BHoey@KelleyDrye.com

A declaration of Barbara E. Hoey, along with a proposed order granting her admission *pro hac vice*, is filed herewith.

Dated: April 27, 2007                    Respectfully submitted,

                                         By: _____/s/_____
                                             David J. Ervin, D.C. Bar No. 445013
                                             KELLEY DRYE & WARREN LLP
                                             3050 K Street NW, Suite 400
                                             Washington, D.C. 20007
                                             (202) 342-8400
                                             (202) 342-8451 (facsimile)

                                             Counsel for Defendant Plasma Protein
                                             Therapeutics Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT DIBIASIO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:07-cv-00300 (PLF) |
| PLASMA PROTEIN THERAPEUTICS ASSOCIATION, | ) ) ) |
| Defendant. | ) ) ) ) ) |

**DECLARATION OF BARBARY E. HOEY IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

In compliance with Rule 83.2(d) of the Local Rules of this Court, I, Barbary E. Hoey, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is BARBARA ELLEN HOEY

2. My address, telephone and facsimile numbers are:

    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897

3. I am a member of the New York State Bar and the following federal Bars: U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the U.S. Court of Appeals for the Second Circuit.

4. I certify that I am a member in good standing of the New York State Bar and the above-listed federal Bars, and that I have not been disciplined by any bar.

5.  I have not previously been admitted *pro hac vice* in this Court.

6.  I do not engage in the practice of law from a District of Columbia law office, I am not a member of the District of Columbia Bar and I do not have an application for membership pending with such Bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of April, 2007.

Respectfully submitted,

_____
Barbara E. Hoey
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Counsel for Defendant Plasma Protein Therapeutics Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT DIBIASIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLASMA PROTEIN THERAPEUTICS )<br>ASSOCIATION, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:07-cv-00300 (PLF) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF BARBARA E. HOEY**

This matter came to be heard upon the motion on behalf of Defendant Plasma Protein Therapeutics Association ("PPTA") to admit Barbara E. Hoey (the "Applicant") *pro hac vice* as its counsel of record. It appearing to the Court that the Applicant is an attorney of good standing, licensed in various state and federal courts, and is affiliated with and sponsored by Kelley Drye & Warren LLP attorneys licensed to practice in this Court, it is hereby

ORDERED that Barbara E. Hoey be admitted *pro hac vice* for purposes of this litigation to represent Defendant PPTA in matters before this Court.

Dated: _____        _____
                                District Judge