IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott DiBiasio | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:07CV00300<br>) (PLF) |
| Plasma Protein Therapeutics Ass'n | )<br>) |
| Defendant. | )<br>) |

## MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF

The undersigned moves to withdraw as counsel to plaintiff on consent and agreement of the plaintiff Mr. DiBiasio. Representation of Mr. DiBiasio was on an hourly basis and Mr. DiBiasio is unable to pay the outstanding balance or future hourly fees.

Date: June 13, 2007

Respectfully submitted,

*[signature]*

Alan Lescht
Alan Lescht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., D.C. 20036
Tel (202) 463-6036
Fax (202) 463-6067
Attorneys for Plaintiff

Certificate of Service

The last known address of the plaintiff Scott DiBiasio is

Scott DiBiasio
2710 Mapleview Ct
Odenton, MD 21113

(410) 721-7050

I have served upon Mr. DiBiasio by regular mail on June 13, 2007, a copy of this motion and a notice advising him to notify the Clerk in writing within five days of service of this motion whether he intends to obtain other counsel, or if he intends to conduct the case pro se or to object to the withdrawal, so notify the Clerk in writing within five days of service of the motion.

_____
Alan Lescht

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Scott DiBiasio | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07CV00300 |
| | ) | (PLF) |
| Plasma Protein Therapeutics Ass'n | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF

Plaintiff consents to allow counsel to withdraw as his attorneys. The undersigned was retained as counsel pursuant to a written retainer agreement that provided for compensation on an hourly basis. The retainer agreement required that plaintiff pay invoices and furnish counsel with retainer deposits to cover the expected fees of the case when requested by counsel. The retainer agreement provides that counsel may withdraw if plaintiff does not furnish the requested retainer or pay invoices. Plaintiff has not paid outstanding invoices and has not tendered the requested retainer, and has determined to terminate our representation of him.

Respectfully submitted,

Date: June 13, 2007

_____
Alan Lescht
Susan Kruger
Alan Lescht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., D.C. 20036

3

Tel (202) 463-6036
Fax (202) 463-6067
Attorneys for Plaintiff

Case 1:07-cv-00300-PLF    Document 10    Filed 06/13/2007    Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott DiBiasio, <br><br> Plaintiff, <br><br> v. <br><br> Plasma Protein Therapeutics Ass'n <br><br> Defendant. | Civil Action No. 1:07CV00300 (PLF) |

ORDER

Upon consideration of the motion of Alan Lescht & Assoc., PC to withdraw as counsel for plaintiff, it is hereby ORDERED that the motion is GRANTED; and the Clerk is directed to strike the appearance of Alan Lescht and Susan Kruger as counsel for the plaintiff.

Date:

_____
Hon. Paul L. Friedman
USDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott DiBiasio | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07CV00300 |
| | ) (PLF) |
| Plasma Protein Therapeutics Ass'n | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the motion of Alan Lescht & Assoc., PC to withdraw as counsel for plaintiff, it is hereby ORDERED that the motion is GRANTED; and the Clerk is directed to strike the appearance of Alan Lescht and Susan Kruger as counsel for the plaintiff.

Date:

_____
Hon. Paul L. Friedman
USDJ