IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio, <br><br> Plaintiff/Counter-Defendant <br><br> v. <br><br> Plasma Protein Therapeutics Association, <br><br> Defendant/Counter-Plaintiff. | Civil Action No. 1:07-cv-00300 (PLF) |

**CONSENT ORDER**

This matter having been brought before the Court by Defendant and Counter-Plaintiff Plasma Protein Therapeutics Association ("PPTA"), for entry of a temporary restraining order ("TRO") and preliminary injunction requiring Plaintiff and Counter-Defendant Scott W. DiBiasio ("DiBiasio") to (1) produce his personal computer(s) for inspection and imaging by a computer forensic expert; (2) return any and all PPTA documents in his possession; (3) refrain from revealing or using any PPTA documents or information that he has already accessed or stored; and (4) refrain from accessing or seeking to access any PPTA computer or e-mail systems in the future.

With the consent of Plaintiff Scott W. DiBiasio, it is

HEREBY ORDERED that Plaintiff Scott W. DiBiasio shall:

1. Produce his personal computer(s) for inspection and imaging by a computer forensic expert on or before July 6, 2007;

2. Return to PPTA any and all PPTA documents in his possession;

3. Refrain from revealing or using any PPTA documents or information that he has already accessed or stored; and

4. Refrain from accessing or seeking to access any PPTA computer or e-mail systems in the future.

SO ORDERED this __ day of June , 2007

_____
United States District Judge

CONSENTED AND AGREED TO BY:

By: /s/
David J. Ervin
Joanna E. Baden-Mayer
KELLEY DRYE & WARREN LLP
3050 K Street NW Ste. 400
Washington, D.C. 20007
Telephone: 202-342-8400
Facsimile: 202-342-8451

Attorneys for Defendant Plasma Protein Therapeutics Association

By: /s/
Alan Lescht
ALAN LESCHT & ASSOCIATES, PC
1050 17th Street NW Ste. 220
Washington, D.C. 20036
Telephone: 202-463-6036
Facsimile: 202-463-6067

Attorneys for Plaintiff Scott W. DiBiasio