IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Scott W. DiBiasio,

    Plaintiff/Counter-Defendant

v.

Plasma Protein Therapeutics Association,

    Defendant/Counter-Plaintiff.

Civil Action No. 1:07-cv-00300 (PLF)

## CONSENT ORDER

This matter having been brought before the Court by Defendant and Counter-Plaintiff Plasma Protein Therapeutics Association ("PPTA"), for entry of a temporary restraining order ("TRO") and preliminary injunction requiring Plaintiff and Counter-Defendant Scott W. DiBiasio ("DiBiasio") to (1) produce his personal computer(s) for inspection and imaging by a computer forensic expert; (2) return any and all PPTA documents in his possession; (3) refrain from revealing or using any PPTA documents or information that he has already accessed or stored; and (4) refrain from accessing or seeking to access any PPTA computer or e-mail systems in the future.

With the consent of Plaintiff Scott W. DiBiasio, it is

HEREBY ORDERED that Plaintiff Scott W. DiBiasio shall:

1. Produce his personal computer(s) for inspection and imaging by a computer forensic expert on or before July 6, 2007;

2. Return to PPTA any and all PPTA documents in his possession;

3. Refrain from revealing or using any PPTA documents or information that he has already accessed or stored; and

4.  Refrain from accessing or seeking to access any PPTA computer or e-mail systems in the future.

SO ORDERED this 26th day of June , 2007

_____
United States District Judge


CONSENTED AND AGREED TO BY:

By: ____/S/_____
   David J. Ervin
   Joanna E. Baden-Mayer
   KELLEY DRYE & WARREN LLP
   3050 K Street NW Ste. 400
   Washington, D.C. 20007
   Telephone: 202-342-8400
   Facsimile: 202-342-8451

   Attorneys for Defendant Plasma Protein Therapeutics Association

By: ____/S/_____
   Alan Lescht
   ALAN LESCHT & ASSOCIATES, PC
   1050 17th Street NW Ste. 220
   Washington, D.C. 20036
   Telephone: 202-463-6036
   Facsimile: 202-463-6067

   Attorneys for Plaintiff Scott W. DiBiasio