UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO,            )<br>                              )<br>        Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>PLASMA PROTEIN THERAPEUTICS   )<br>ASSOCIATION,                  )<br>                              )<br>        Defendant.             )<br>                              ) | Civil Action No. 07-0300 (PLF) |

ORDER

Upon consideration of the motion of Alan Lescht & Assoc., PC to withdraw as counsel for plaintiff, and there having been no opposition filed by the defendant and no objection by plaintiff, it is hereby

ORDERED that the motion is GRANTED; and the Clerk is directed to strike the appearance of Alan Lescht and Susan Kruger as counsel for the plaintiff; and it is

FURTHER ORDERED that plaintiff personally and counsel for the defendant shall appear for a status conference on July 9, 2007 at 9:15 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 27, 2007