IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-00300 (PLF) |
| Plasma Protein Therapeutics Association, | ) |
| Defendant. | ) |

## MOTION FOR CM/ECF PASSWORD

Comes now Plaintiff Scott W. DiBiasio and respectfully moves this Court, pursuant to LCvR 5.4, for leave to obtain a username and password to utilize the Court's Case Management-Electronic Case Filing (CM-ECF) for the filing of documents in this case and to receive the filings of the other parties to this case.

Respectfully submitted,

Date: July 3, 2007

*[signature]*

Scott W. DiBiasio, *Pro Se*
2710 Mapleview Court
Odenton, MD 21113
Phone: (410) 721-7050/(703) 283-4492

RECEIVED
JUL - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I, Scott W. DiBiasio certify that a copy of this motion will be provided to Defendant Plasma Protein Therapeutics Association via their counsel, David J. Ervin, on July 5, 2007 via electronic mail.

Submitted,
*[signature]* Scott W. DiBiasio

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Scott W. DiBiasio,<br><br>        Plaintiff,<br><br>v.<br><br>Plasma Protein Therapeutics Association,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-00300 (PLF)<br>)<br>)<br>)<br>) |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CM/ECF PASSWORD

Plaintiff respectfully requests that this Court grant leave to obtain a username and password to utilize the Court's Case Management-Electronic Case Filing (CM-ECF) for the filing of documents in this case and to receive the filings of the other parties to this case.

Plaintiff has "always on" access to the internet via cable modem.

Plaintiff receives electronic mail via Plaintiff's desktop computer and may configure said electronic mail to notify him on a mobile unit when electronic mail relevant to this case is received.

Plaintiff consents to receiving the filings of other parties in this case electronically.

Upon granting of this motion by the Court, Plaintiff will participate in a training session conducted by the Clerk.

Respectfully submitted,

Date:   July 5, 2007

_____
Scott W. DiBiasio, *Pro Se*
2710 Mapleview Court
Odenton, MD 21113
Phone:  (410) 721-7050/(703) 283-4492

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>Plasma Protein Therapeutics Association, )<br>)<br>  Defendant. ) | Civil Action No. 1:07-cv-00300 (PLF) |

## ORDER

Upon consideration of the motion of Plaintiff Scott W. DiBiasio for leave to obtain a username and password to utilize the Court's Case Management-Electronic Case Filing (CM-ECF) for the filing of documents in this case and to receive the filings of the other parties to this case, it is hereby ORDERED that the motion is GRANTED; and the Clerk is directed to provide the Plaintiff with a username and password to utilize the Court's CM-ECF system.

Date:

_____
Hon. Paul L. Friedman
United States District Judge