IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Scott W. DiBiasio, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 1:07-cv-00300 (PLF) |
| Plasma Protein Therapeutics Association, | ) |
| Defendant/Counter-Plaintiff | ) |

## MOTION TO STAY PROCEEDINGS

Comes now Plaintiff/Counter-Defendant Scott W. DiBiasio and respectfully moves this Court to stay all proceedings in Plaintiff's Claim and Defendant's Counterclaim for a period of ninety (90) days so that Plaintiff/Counter-Defendant can obtain counsel.

Respectfully submitted,

Date: July 5, 2007

/s/ Scott W. DiBiasio

Scott W. DiBiasio, *Pro Se*
2710 Mapleview Court
Odenton, MD 21113
Phone: (410) 721-7050/(703) 283-4492

RECEIVED
JUL - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I, Scott W. DiBiasio certify that a copy of this motion will be provided to Defendant, Plasma Protein Therapeutics Association through their counsel David J Fruin on July 5, 2007 via electronic mail

Submitted
Scott W. DiBiasio

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Scott W. DiBiasio,

       Plaintiff/Counter-Defendant,

v.      Civil Action No. 1:07-cv-00300 (PLF)

Plasma Protein Therapeutics Association,

       Defendant/Counter-Plaintiff

## MEMORANDUM IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO STAY PROCEEDINGS

Plaintiff/Counter-Defendant respectfully requests that this Court grant a stay of all proceedings in Plaintiff's Claim and Defendant's Counterclaim for a period of ninety (90) days so that Plaintiff/Counter-Defendant can obtain counsel.

### 1. Plaintiff/Counter-Defendant Did Not Intend to Proceed in this Matter *Pro Se*

When this case was initially filed, Plaintiff had no intention on appearing in this matter *Pro Se*. However, subsequent to the initial complaint, Plaintiff has experienced a significant deterioration in financial condition, has resulted in the withdrawal of counsel, and has limited the Plaintiff/Counter-Defendant's ability to retain and maintain private counsel.

### 2. Plaintiff's Previous Counsel was Granted a Motion to Withdraw Due to Lack of Payment

Plaintiff was previously represented by Alan Lescht & Assoc., PC from approximately November 2005 until June 27, 2007. On June 27, 2007 this Court granted Plaintiff's motion that

Alan Lescht & Assoc., PC be allowed to withdraw as counsel to Plaintiff due to the fact that the Plaintiff was unable to pay an outstanding balance owed to Alan Lescht & Assoc., PC or to pay future retainers or hourly fees.

### 3. Complexity of Proceedings Makes Retaining Counsel More Costly

Subsequent to the initiation of Plaintiff's original claim, Defendant Plasma Protein Therapeutics Association on June 15, 2007 sought, and was granted, leave from this Court to file a supplemental answer and counterclaims alleging breach of contract and violations of the Computer Fraud and Abuse Act.

Defendant's Counterclaim has had the effect of turning what was previously straightforward Title VII litigation into far more complex proceedings. While Counsel may have previously been willing to represent the Plaintiff on a contingent fee basis in the Plaintiff's Title VII claim, Defendant's filing of a Counterclaim has made it extremely unlikely that counsel will be willing to represent the Defendant on a contingent fee basis. Plaintiff, therefore, will be required to expend significant personal financial resources in order to obtain Counsel.

### 4. Plaintiff has Extremely Limited Financial Resources and Requests Stay to Secure Financial Resources to Obtain Counsel

Plaintiff is currently unemployed, and has been continuously unemployed since April 18, 2007. During that period of unemployment, Plaintiff has continued to pay mortgages, car payments, utilities, etc. despite Plaintiff's lack of income. Plaintiff currently has no cash or assets.

While Plaintiff's current personal financial situation is dire, it is likely that Plaintiff will be able to obtain adequate employment in less than ninety (90) days, at which time Plaintiff will have limited financial resources available to compensate private counsel.

5. **If Plaintiff/Counter-Defendant's Motion for Stay is Not Granted, Plaintiff/Counter-Defendant will be Forced to Proceed *Pro Se* and Could Suffer Harm**

Prior to the Defendant's filing of a Counterclaim, the likeliest scenario in this case following the motion of Alan Lescht & Assoc., PC to withdraw as counsel to the Plaintiff, was that Plaintiff, appearing *Pro Se,* would have filed a Motion to Dismiss, thereby negating the need for the Plaintiff to secure new private counsel in this matter.

However, Defendant Plasma Protein Therapeutics Association has filed a Counterclaim alleging breach of contract and violations of the Computer Fraud and Abuse Act. Since the filing of the Counterclaim, and subsequent to the Court's granting of the motion to withdraw, Plaintiff/Counter-Defendant has been represented *Pro Se*. However, Plaintiff/Counter-Defendant has no legal training or knowledge that will permit the adequate defense of Defendant/Counter-Plaintiff's allegations. In order for an adequate defense of Defendant/Counter-Plaintiff's claim, the Plaintiff must have properly trained counsel. However, as previously argued, due to the Plaintiff/Counter-Defendant's personal financial situation, it is likely that the only representation available to the Plaintiff during the next ninety (90) days will be *Pro Se* representation. If the Plaintiff/Counter-Defendant is forced to proceed with *Pro Se* representation, Plaintiff/Counter-Defendant could suffer harm which may not otherwise be present with adequate representation.

For the aforementioned reasons, Plaintiff/Counter-Defendant respectfully moves that this Court stay all proceedings in Plaintiff's Claim and Defendant's Counterclaim for a period of ninety (90) days so that Plaintiff/Counter-Defendant can obtain private counsel.

Respectfully submitted,

Date:   July 5, 2007

*[signature]*

Scott W. DiBiasio, *Pro Se*
2710 Mapleview Court
Odenton, MD 21113
Phone:  (410) 721-7050/(703) 283-4492

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> Plasma Protein Therapeutics Association, <br><br> Defendant/Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-00300 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the motion of Plaintiff/Counter-Defendant Scott W. DiBiasio for a a stay of all proceedings in Plaintiff's Claim and Defendant's Counterclaim for a period of ninety (90) days so that Plaintiff/Counter-Defendant can obtain private counsel, it is hereby ORDERED that the motion is GRANTED; the Clerk is directed to enter a Minute Order indicating that the Plaintiff/Counter-Defendant's Motion for Stay has been granted.

Date:

_____
Hon. Paul L. Friedman
United States District Judge