## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio, | |
| Plaintiff/Counter-Defendant | |
| v. | Civil Action No. 1:07-cv-00300 (PLF) |
| Plasma Protein Therapeutics Association, | |
| Defendant/Counter-Plaintiff. | |

## JOINT STIPULATION REGARDING BANKRUPTCY PROCEEDINGS AND MOTION FOR A STATUS CONFERENCE

Comes now Defendant Plasma Protein Therapeutics Association ("PPTA") and Plaintiff Scott W. DiBiasio ("Plaintiff") (collectively, the "Parties"), and files this Stipulation pursuant to the Court's February 19, 2008 Order requiring the Parties to inform the Court as to whether this case must be stayed pursuant to the bankruptcy code's automatic stay provisions, and moves the Court for a status conference to discuss unresolved motions in this case and entry of the settlement previously reached by the parties.

In response to the Court's February 19 Order, the Parties hereby notify the Court that the Plaintiff's bankruptcy cases (Case Nos. 07-16876 and 07-17480 in the District of Maryland Bankruptcy Court), which did automatically stay this litigation, have been closed. On August 20, 2007, Judge Robert A. Gordon of the District of Maryland Bankruptcy court issued an order discharging the trustee of Plaintiff's estate and closing Case No. 07-16876. *See* Aug. 20, 2007 Order, attached hereto as Exhibit "A." On January 17, 2008, Judge James F. Schneider issued a final decree discharging the trustee of Plaintiff's estate and closing Case No. 07-17480. *See* Jan.

17, 2008 Order, attached hereto as Exhibit "B."   None of Plaintiff's assets, including any related

to this case, were administered in either bankruptcy case.

Therefore, this case is no longer effected by the bankruptcy code's automatic stay

provisions, and can proceed. As such, the Parties respectfully move this Court for a status

conference in this matter to discuss motions and other case issues, including entry of settlement,

which have been pending since the automatic stay went into effect.


Dated: February 29, 2008                    Respectfully submitted,


                                   By:     /s/    David J. Ervin_____
                                           David J. Ervin
                                           Joanna E. Baden-Mayer
                                           KELLEY DRYE & WARREN LLP
                                           3050 K Street NW Ste. 400
                                           Washington, D.C.  20007
                                           Telephone: 202-342-8400
                                           Facsimile: 202-342-8451

                                           *Attorneys for Defendant Plasma Protein
                                           Therapeutics Association*


                                   By:     /s/     Scott W. DiBiasio_____
                                           Scott W. DiBiasio
                                           2710 Mapleview Court
                                           Odenton, MD 21113

                                           *Plaintiff (Pro Se)*

**Exhibit "A"**

Form odsctr (10/05)

# UNITED STATES BANKRUPTCY COURT

## District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

**Case No.:** 07-16876     **Chapter:** 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott W. DiBiasio
*debtor has no known aliases*
2710 Mapleview Court
Odenton, MD 21113

Social Security No.:   xxx-xx-1219

Employer's Tax I.D. No.:

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above-entitled case, has performed all duties required of him in the administration of said estate;

IT IS ORDERED that the said estate be and it hereby is closed; that the Trustee be and he hereby is discharged from and relieved of his trust.

Dated: 8/20/07

s/
_____

*Robert A. Gordon*
U.S. Bankruptcy Judge

cc:   Joel I. Sher
      Shapiro, Sher Guinot & Sandler
      36 South Charles Street
      Suite 2000
      Baltimore, MD 21201

**Exhibit "B"**

Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT

## District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

---

**Case No.:  07–17480    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott W. DiBiasio
*debtor has no known aliases*
2710 Mapleview Court
Odenton, MD 21113

Social Security No.:  xxx–xx–1219

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above–named Debtor(s) on 8/10/07

---

# FINAL DECREE

The estate of the above–named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Brian A. Goldman is discharged as trustee of the estate of the above–named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 1/17/08

*James F. Schneider*
U.S. Bankruptcy Judge