IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio,<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>Plasma Protein Therapeutics Association,<br><br>    Defendant/Counter-Plaintiff. | Civil Action No. 1:07-cv-00300 (PLF) |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

Comes now Defendant Plasma Protein Therapeutics Association ("PPTA"), with the consent of Plaintiff Scott W. DiBiasio ("Plaintiff"), and moves the Court to revise its March 4, 2008 Minute Order setting a status conference in this matter for March 11, 2008. Counsel for PPTA is unavailable on this date. However, both counsel for PPTA and Plaintiff are available on March 19, 2008, at 9:30 am, and have been informed that the Court is also available on this date.

Therefore, PPTA, with consent of Plaintiff, respectfully moves this Court to revise its March 4, 2008 Minute Order to reschedule the status conference in this matter to March 19, 2008 at 9:30 am.


Dated: March 10, 2008      Respectfully submitted,


                By:  /s/___David J. Ervin_____

1

David J. Ervin
Joanna E. Baden-Mayer
KELLEY DRYE & WARREN LLP
3050 K Street NW Ste. 400
Washington, D.C.  20007
Telephone: 202-342-8400
Facsimile: 202-342-8451

*Attorneys for Defendant Plasma Protein Therapeutics Association*