IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio,<br><br>        Plaintiff/Counter-Defendant<br><br>v.<br><br>Plasma Protein Therapeutics Association,<br><br>        Defendant/Counter-Plaintiff. | Civil Action No. 1:07-cv-00300 (PLF) |

**JOINT STATUS REPORT**

      Comes now Defendant Plasma Protein Therapeutics Association ("PPTA") and Plaintiff Scott W. DiBiasio ("Plaintiff") (collectively, the "Parties"), and files this Joint Status Report pursuant to the Court's March 19, 2008 Order.

      The Parties hereby notify the Court that, while they have reached an agreement in principle to fully and finally resolve the disputes between them, they are still finalizing the terms of a written settlement agreement. The Parties anticipate that this agreement will be finalized and filed with the Court within ten business days. If the Parties are unable to file finalized settlement papers within ten business days, they will file another Joint Status Report regarding the delay and their progress toward settlement.

Dated: April 8, 2008

                                        Respectfully submitted,

                                        By:   /s/___David J. Ervin_____
                                                  David J. Ervin
                                                  Joanna E. Baden-Mayer
                                                  KELLEY DRYE & WARREN LLP
                                                  3050 K Street NW Ste. 400
                                                  Washington, D.C. 20007
                                                  Telephone: 202-342-8400

        Facsimile: 202-342-8451

*Attorneys for Defendant Plasma Protein Therapeutics Association*

By:     /s/    Scott W. DiBiasio_____
        Scott W. DiBiasio
        2710 Mapleview Court
        Odenton, MD 21113

*Plaintiff* (*Pro Se*)