IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott W. DiBiasio,<br><br>        Plaintiff<br><br>v.<br><br>Plasma Protein Therapeutics Association,<br><br>        Defendant. | Civil Action No. 1:07-cv-00300 (PLF) |

**JOINT STATUS REPORT**

Comes now Defendant Plasma Protein Therapeutics Association ("PPTA") and Plaintiff Scott W. DiBiasio ("Plaintiff") (collectively, the "Parties"), and files this supplemental Joint Status Report pursuant to the Court's March 19, 2008 Order.

The Parties hereby notify the Court, pursuant their Joint Status Report dated April 22, 2008, that they are still finalizing the terms of a written settlement agreement. The Parties anticipate that this agreement will be finalized and filed with the Court within another ten business days. If the Parties are unable to file finalized settlement papers within ten business days, they will file another Joint Status Report regarding the delay and their progress toward settlement.

Dated: May 22, 2008

Respectfully submitted,

By:   /s/   David J. Ervin
David J. Ervin
Joanna E. Baden-Mayer
KELLEY DRYE & WARREN LLP
3050 K Street NW Ste. 400
Washington, D.C. 20007
Telephone: 202-342-8400

Facsimile: 202-342-8451

*Attorneys for Defendant Plasma Protein Therapeutics Association*

By:   /s/     Scott W. DiBiasio
Scott W. DiBiasio
2710 Mapleview Court
Odenton, MD 21113

*Plaintiff (Pro Se)*

2