UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCOTT W. DIBIASIO,<br><br>      Plaintiff,<br><br>      v.<br><br>PLASMA PROTEIN THERAPEUTICS ASSOCIATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0300 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>ORDER</u>

On May 22, 2008, the parties filed a joint status report informing the Court that they would file final settlement papers or a further status report within ten business days. The Court has heard nothing from the parties since that time. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 9, 2008