IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Scott W. DiBiasio,

   Plaintiff

v.

Plasma Protein Therapeutics Association,

   Defendant.

Civil Action No. 1:07-cv-00300 (PLF)

## CONSENT PERMENANT INJUNCTION AND DISMISSAL ORDER

  WHEREAS, Plaintiff Scott W. DiBiasio ("Plaintiff") and Defendant Plasma Protein Therapeutics Association ("PPTA") (collectively, the "Parties") have entered into a Settlement Agreement in order to finally resolve their disputes;

  WHEREAS, the Parties have filed a Joint Motion requesting entry of this Consent Permanent Injunction and Dismissal Order and have jointly moved the Court to approve and retain jurisdiction to enforce the Settlement Agreement and this Consent Permanent Injunction and Dismissal Order;

  THEREFORE, THE COURT HEREBY ORDERS AND ADJUDGES, based on the Settlement Agreement, as follows:

  1. The attached Settlement Agreement is hereby ratified and approved by the Court, and the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

  2. Plaintiff Scott W. DiBiasio is hereby REQUIRED to return to PPTA any and all PPTA documents in his possession, and is further PERMANENTLY ENJOINED AND PROHIBITED from:

      (a)    Possessing, accessing or using any PPTA confidential documents or information; and

      (b)    Contacting any former or current PPTA employees, either by telephone, electronic communication or otherwise, unless:

      (i)    Plaintiff first notifies PPTA's counsel of his intent to make such contact and receives advance written permission to make such contact from PPTA's counsel; or

      (ii)    A former or current PPTA employee initiates contact with Plaintiff.

3.    The Parties jointly stipulate and move this Court for dismissal with prejudice of all pending and unasserted claims and counterclaims that were brought, or which could have been brought, by and between the Parties. The Court hereby approves the dismissal of all such pending and unasserted claims and counterclaims with prejudice, each party to bear its own attorney's fees and costs. This dismissal with prejudice is a consequence of the Settlement Agreement between the parties, and is without prejudice to the enforcement of the Settlement Agreement as well as to the permanent injunctive relief described herein.

SO ORDERED this 21st day of July, 2008

                                                                United States District Judge

CONSENTED AND AGREED TO BY:

By:     /s/   David J. Ervin
        David J. Ervin
        Joanna E. Baden-Mayer
        KELLEY DRYE & WARREN LLP
        3050 K Street NW Ste. 400
        Washington, D.C. 20007
        Telephone: 202-342-8400
        Facsimile: 202-342-8451

        *Attorneys for Defendant Plasma Protein Therapeutics Association*

By:     /s/    Scott W. DiBiasio
        Scott W. DiBiasio
        2710 Mapleview Court
        Odenton, MD 21113

        *Plaintiff (Pro Se)*

DC01/BADEJ/338919.1